FILED

AUG − 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DAVID M. COIA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. DEP'T OF JUSTICE et al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action No.  C8 1358 |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to comply

with Rule 8 of the Federal Rules of Civil Procedure.  This is a final, appealable Order.  *See* Fed.

R. App. P. 4.

Date: July 30, 2008

_____
United States District Judge